**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALEXIS QUINTERO BARRERA,
Petitioner,
v.
THOMAS P. GILES, et al.,
Respondents.

Case No. 5:26-cv-05201-MRA-ACCV

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) this Report and Recommendation is approved and accepted; (2) Judgment shall be entered granting the Petition; (3) a writ of habeas corpus shall be issued requiring respondents to provide ALEXIS QUINTERO BARRERA (A#: 220-487-273) an individualized bond hearing before an immigration judge within seven days, where the Government bears the burden to show

///

///

////

by clear and convincing evidence that Petitioner is a flight risk or a danger to the community; and (4) requiring Respondents to file a notice of compliance within seven days of the bond hearing.

DATED: 11/25/2026

HON. MONICA RAMIREZ ALMADANI
United States District Judge