JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALEXIS QUINTERO BARRERA,

Petitioner,

v.

THOMAS P. GILES, et al.,

Respondents.

Case No. 5:26-cv-05201-MRA-ACCV

**JUDGMENT**

IT IS HEREBY ADJUDGED that Petitioner's request for habeas relief is granted, with no further proceedings, consistent with the reasons and findings set forth in the Order Accepting Findings and Recommendations of United States Magistrate Judge.

DATED: 11/25/2026

HON. MONICA RAMIREZ ALMADANI
United States District Judge